31 F.3d 1173
 Snyder (Glenn E., Judith A.)
v.
Caterpillar, Inc., Peoria, Illinois, Caterpillar, Inc.,
York, Pennsylvania, Zimmerman (Wayne M.), Plan
Administrator, Vice President, Employee Relations,
Caterpillar, Inc., Peoria, Illinois, Wright (Richard W.),
Manager, Employee Benefits Division, Peoria, Illinois,
McQuay (Julie), Personnel/Benefits Supervisor, Caterpillar,
Inc., York, Pennsylvania
 NO. 94-7016
 United States Court of Appeals,
Third Circuit.
 July 22, 1994
 
 Appeal From: M.D.Pa.,
 Caldwell, J.
 
 
 1
 AFFIRMED.